# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD, <br><br> Plaintiff, <br><br> v. <br><br> R. COX and C. STANLEY, <br><br> Defendants. | Case No. 1:16-cv-00597-AWI-EPG (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION PROPOSING SETTLEMENT <br><br> (ECF NO. 29) |

Andre Underwood ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 31, 2017, Plaintiff filed a motion proposing settlement. (ECF No. 29). Plaintiff does not ask for any relief from the Court. Instead, Plaintiff makes a settlement offer to Defendants.

As Plaintiff is not seeking any relief from the Court, Plaintiff's motion will be denied. The Court notes that Plaintiff does not need the Court's permission to engage in settlement talks with Defendants, and does not need to file his settlement offers with the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion proposing settlement is DENIED.

IT IS SO ORDERED.

Dated: **August 2, 2017**      /s/ Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE

1