IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>         Plaintiff,<br><br>  v.<br><br>R. COX and C. STANLEY,<br><br>         Defendants. | Case No. 1:16-cv-00597-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO SERVE RESPONSES TO DISCOVERY<br><br>(ECF NO. 40) |

On December 11, 2017, Defendants filed a request for an extension of time to serve their responses to Plaintiff's Request for Production of Documents, Plaintiff's First Set of interrogatories, and Plaintiff's Request for Admissions. (ECF No. 40). Defendants ask for an additional thirty days to respond, up to and including February 6, 2018. (Id. at 1).

The Court finds good cause to grant Defendants' request. Accordingly, IT IS ORDERED that Defendants shall respond to Plaintiff's Request for Production of Documents, Plaintiff's First Set of interrogatories, and Plaintiff's Request for Admissions no later than February 6, 2018.

IT IS SO ORDERED.

Dated:  **December 12, 2017**     /s/ Erica P. Grosjean
                      UNITED STATES MAGISTRATE JUDGE

1