UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>    Plaintiff,<br><br>v.<br><br>R. COX and C. STANLEY,<br><br>    Defendants. | Case No. 1:16-cv-00597-AWI-EPG (PC)<br><br>ORDER FOLLOWING DISCOVERY AND STATUS CONFERENCE |

Andre Underwood ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 12, 2018, the Court held a discovery and status conference. Plaintiff telephonically appeared on his own behalf. Annakarina De La Torre-Fennell and Michelle Angus telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the conference, IT IS ORDERED that:

1. Regarding certain requests for admissions Plaintiff propounded on Defendants related to authentication of documents, Plaintiff has until February 26, 2018, to send a letter to Defendants that includes a copy of each document that Plaintiff wants Defendants to authenticate. Defendants have twenty-one days from the date they receive the letter to supplement their response to Plaintiff's discovery requests related to authentication of documents; and

2. Defendants have until March 5, 2018, to supplement their response to Plaintiff's

1

interrogatory number eight in light of the following clarification: The disciplinary detention at issue is the type Plaintiff was subjected to as described in the complaint, and the relevant time period is the time period described in Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **February 13, 2018**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE