UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE UNDERWOOD,<br><br>    Plaintiff,<br><br>  v.<br><br>R. COX and C. STANLEY,<br><br>    Defendants. | Case No. 1:16-cv-00597-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF ANDRE UNDERWOOD, CDC # C-63387<br><br>(ECF NO. 60) |

    Andre Underwood ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 7, 2018, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Andre Underwood, CDC # C-63387 (ECF No. 60), to the court, so that he could attend the upcoming settlement conference in person. On May 9, 2018, the parties filed a stipulation voluntarily dismissing this case with prejudice, because they resolved the case in its entirety. (ECF No. 62).

    Because this case has been resolved, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Andre Underwood, CDC # C-63387, is VACATED.

IT IS SO ORDERED.

Dated:   **May 10, 2018**             /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE