1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                             EASTERN DISTRICT OF CALIFORNIA

9

10    ANDRE UNDERWOOD,                          Case No. 1:16-cv-00597-LJO-EPG (PC)

11               Plaintiff,                     ORDER DIRECTING THE CLERK OF
                                                COURT TO CLOSE THE CASE
12         v.
                                                (ECF NO. 62)
13    R. COX and C. STANLEY,

14               Defendants.

15

16         On May 9, 2018, the parties filed a joint stipulation dismissing this action with prejudice

17    and with each party bearing its own costs and attorneys' fees.  (ECF No. 42).  In light of the

18    parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been

19    dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk

20    of Court is directed to close this case.

21

22    IT IS SO ORDERED.

23         Dated:   **May 10, 2018**              /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                                 1